ROSE KATINE, Individually and as Administratrix of the Estate of BERTHA KATINE, Deceased, et al., Appellants, v. KAYRO REALTY CO. INC., et al., Respondents. (Action No. 1.) GOLDIE MOLOMUT, Plaintiff, v. KAYRO REALTY CO. INC., et al., Defendants. (Action No. 2.) (Consolidated Action.) — In Action No. 1 for partition, plaintiffs also seek to have cancelled and marked satisfied a first and a second mortgage. Plaintiffs appeal from an order insofar as it denied their motion for a jury trial of all the issues raised by the pleadings, without prejudice to renewal upon papers setting forth the specific issues upon which the jury trial is sought. Plaintiffs also appeal from said order insofar as it denied their motion for an examination before trial, with leave to renew after an accounting which was ordered. Plaintiffs also appeal from an order on reargument insofar as said order adhered to the original decision. Order on reargument, insofar as appealed from, affirmed, with $10 costs and disbursements to respondents filing briefs. No opinion. Appeal from original order dismissed, without costs. Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur. [See 283 App. Div. 660.]

ANNE KAUFMAN et al., Respondents, v. ALBEE MOTORS, INC., Appellant.— In an action to recover damages for personal injuries and for loss of services and expenses incident thereto, judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SACCO, Appellant.— Appeal by defendant from an order of the County Court, Nassau County, denying his motion to vacate a judgment of conviction. Appellant, sentenced as a second felony offender, contended that the sentence was improper because the County Court in determining that sentence should be imposed, pursuant to the provisions of section 1941 of the Penal Law, took into account a conviction in the State of Connecticut, which was founded on an information instead of an indictment by a grand jury. Order affirmed. (See *People* v. *McCullough*, 300 N. Y. 107; *Hurtado* v. *California*, 110 U. S. 516; *People* v. *Wicklem*, 183 Misc. 639; and *People ex rel. Fellman* v. *Foster*, 184 Misc. 213, affd. 270 App. Div. 877, affd. 296 N. Y. 954.) Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.